UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

H. RICHARD AUSTIN,          )
        Plaintiff            )
                             )
            v.               )  C.A. NO. 12-cv-30109-MAP
                             )
DOUGLAS G. PETERSON, ET AL., )
        Defendants           )

MEMORANDUM AND ORDER REGARDING
REPORT AND RECOMMENDATION FOR SUA SPONTE DISMISSAL
(Dkt. No. 4)

July 3, 2012

PONSOR, U.S.D.J.

Upon de novo review, the Report and Recommendation of Magistrate Judge Kenneth P. Neiman for sua sponte dismissal of this action (Dkt. No. 4) is hereby ADOPTED. As Judge Neiman's memorandum points out, Plaintiff's continued filings constitute an abuse of court processes and a waste of judicial resources. While Plaintiff may be unhappy with the outcome, he has had more than a fair opportunity to present his arguments.

Based on the foregoing, this court hereby sua sponte dismisses this case. The clerk will enter judgment of dismissal.

In addition, it is clear that some order prohibiting further abuse of litigation tactics is necessary. For this reason, the court has this day issued a Standing Order in the form suggested by Judge Neiman. Compliance with this Order is required by Plaintiff before any further proceedings on this subject matter will be permitted. Violation of the Standing Order may result in substantial monetary penalties.

This case may now be closed.

It is So Ordered.

/s/ Michael A. Ponsor
MICHAEL A. PONSOR
U. S. District Judge